THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 Raymond J. Ladson, Petitioner,
 v.
 State of South Carolina, Respondent.
 
 
 

ON WRIT OF CERTIORARI

Appeal From Charleston County
 Roger M. Young, Post-Conviction Relief Judge
Daniel F. Pieper, Trial Judge

Memorandum Opinion No.  2007-MO-010
Submitted January 18, 2007  Filed February 12, 2007  

AFFIRMED

 
 
 
 Jennifer Ann Jordan and Robert William Whelan, both of Charleston, for Petitioner.
 Attorney General Henry D. McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, and Assistant Attorney General Colleen E. Dixon, all of Columbia, for Respondent.
 
 
 

PER CURIAM:  Affirmed pursuant to Rule 220(b)(1), SCACR, and the following authority: Cherry v. State, 300 S.C. 115, 386 S.E.2d 624 (1989) (this Court must uphold the PCR judges order if it is supported by any evidence of probative value in the record).
TOAL, C.J., MOORE, WALLER, BURNETT and PLEICONES, JJ., concur.